UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:06-cr-0376 JAM AC P |
|---|---|
| Respondent, | |
| v. | ORDER |
| JAIME ZAZUETA MIRANDA, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 26, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.[1] Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

---

[1] The findings and recommendations were re-served on movant on September 10, 2013.

1

1. The findings and recommendations filed August 26, 2013, are adopted in full;

2. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

3. The Clerk of the Court is directed to close the companion civil case, No. 2:11-cv-01204 JAM AC.

DATED: November 25, 2013

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE